RA & ASSOCIATES, APC
ROMEL AMBARCHYAN, ESQ. (SBN 245216)
ANY MOSKOVIAN, ESQ. (SBN 313476)
505 N. Brand Blvd. Suite #800
Glendale, California 91203
Telephone: (818) 230-3220
Facsimile: (818) 230-3211

Attorneys for Plaintiff,
Maria Rivera

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA RIVERA, an individual;<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>STATEBRIDGE COMPANY, LLC; SERVIS ONE, INC. dba BSI FINANCIAL SERVICES, INC; and DOES 1-100, INCLUSIVE<br><br>　　　Defendants. | **CASE NO.:** CV 17-5826-GW(AFMx)<br><br>**[PROPOSED] ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

1

[PROPOSED] ORDER

## ORDER

Pursuant to the stipulation of the parties and GOOD CAUSE APPEARING:

**IT IS HEREBY ORDERED** that the Joint Stipulation is GRANTED.

**IT IS HEREBY FURTHER ORDERED** that this entire Action is hereby dismissed *with prejudice*.

DATED: May 1, 2018

_____
Judge of the United States District Court
Hon. George H. Wu

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 505 N. Brand Blvd., Suite 800, Glendale, California 91203.

On April 30, 2018, I served a copy of the foregoing document entitled:

**[PROPOSED] ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**

On the interested parties in said case as follows:

**Served Electronically via the Court's CM/ECF System:**

*Attorneys for Defendants, Statebridge Company, LLC*

*and Servis One, Inc. dba BSI Financial Services, Inc.*

Charles C. McKenna, Esq.
Magdalena D. Kozinska, Esq.
Wright, Finlay and Zak, LLP
4665 MacArthur Court, Ste. 280
Newport Beach, CA 92660
Tel.: (949) 477-5050 | Fax: (949) 608-9142
Email: cmckenna@wrightlegal.net
Email: mkozinska@wrightlegal.net

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Glendale, California on April 30, 2018.

Julia Sheveleva
(Type or Print Name)

/s/ Julia Sheveleva
(Signature of Declarant)